**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar # 127425
GUY DANILOWITZ, State Bar # 257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Defendant
HERBERT D. PIERCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERBERT D. PIERCE,<br><br>Defendant.<br>_____/ | NO. 2:10-CR-170 JAM<br><br>**STIPULATION AND ORDER CONTINUING CASE**<br><br>Date:  July 20, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John Mendez |

　　It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant United States Attorney, and HERBERT D. PIERCE, by and through his counsel, STEWART KATZ, that the change of plea in the above captioned case be continued from July 20, 2010 to August 10, 2010.  This continuance is sought because defendant's counsel will be picking a jury in the Yolo County Case, *People v. Brienna Holmes*, which is being heard by Judge Gaard.

　　This date is the first conflict-free Tuesday available to counsel. There will be a change of plea entered on that date as defendant HERBERT D. PIERCE has executed a plea agreement.

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

Defendant HERBERT D. PIERCE agrees with this stipulation.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), Local Code T-4 from the filing of this stipulation through August 10, 2010.

IT IS SO STIPULATED.

Dated:  July 18, 2010                    Respectfully submitted,

                                         /s/ Stewart Katz
                                         Stewart Katz
                                         Attorney for Defendant
                                         HERBERT D. PIERCE


Dated: July 19, 2010                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Ellen Endrizzi
                                         ELLEN ENDRIZZI
                                         Assistant U.S. Attorney

## O R D E R

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until August 10, 2010, at 9:30a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), Local Code T-4 from the filing of this stipulation through August 10, 2010.

IT IS SO ORDERED.

Dated: July 19, 2010

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Judge

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com